AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Amazon.com, Inc. and Amazon Logistics, Inc.<br><br>*Plaintiff(s)*<br>v.<br>Debra Wilkins<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.  CV-24-01443-PHX-DWL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Debra Wilkins
2682 West Foothill Street
Apache Junction, Arizona 85120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Josh Waltman
Littler Mendelson P.C.
JWaltman@littler.com
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016-4242

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____                              _____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  5:06 pm, Jun 14, 2024**
**s/ Debra D. Lucas, Clerk**